IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

| Kristy Michelle Wolff, | ) | C/A No.: 1:19-2597-CMC-SVH |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| Andrew M. Saul, Commissioner of Social Security Administration, | ) | |
| Defendant. | ) | |

This matter comes before the court on a review of the docket in this case. The Commissioner filed an answer and the administrative record of the underlying proceedings on February 12, 2020. [ECF Nos. 15, 16]. Pursuant to Local Civ. Rule 83VII.04 (D.S.C.), Plaintiff may file a written brief within thirty days of filing of the Commissioner's filing of an answer. Plaintiff's brief should address whether the Commissioner's findings of fact are supported by substantial evidence and whether he applied the proper legal standards. Therefore, Plaintiff is directed to file a brief by March 13, 2020, and is warned that failure to file the brief may result in the case being recommended for dismissal with prejudice for failure to prosecute or a ruling on the record.

IT IS SO ORDERED.

February 12, 2020
Columbia, South Carolina

Shiva V. Hodges
United States Magistrate Judge